**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**KRISTIN DEVAUL,**

**Plaintiff,**

**v.** **CIVIL NO. 1:26-CV-93 (KLEEH)**

**THE MARION COUNTY BOARD OF EDUCATION et al.,**

**Defendants.**

**ORDER SCHEDULING MOTION HEARING**

Pending before the Court are Defendants’ motions to dismiss [ECF Nos. 9, 10]. The Court **SCHEDULES** a hearing to take up the motions on **February 2, 2027**, at **10:00 a.m.**, at the **Clarksburg, West Virginia**, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: October 22, 2026

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA